# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                                  CASE NO. 20-10028-EFM

**11. KEVIN LEWIS,**
a/k/a "YT",
a/k/a "Y",

**15. OTIS PONDS,**
a/k/a "Wack",

**19. TRAVIS VONTRESS,**
a/k/a "Bink",
a/k/a "Gumbo",

      **Defendants.**

## UNITED STATES' NOTICE OF WITNESSES

COMES NOW the United States of America, by and through Matt Treaster, Assistant United States Attorney, and Katherine Andrusak, Special Assistant United States Attorney, and submits this Notice of Witnesses as the United States' witness list, in alphabetical order, developed in preparation of trial scheduled to start on February 28, 2022. The United States reserves the right to modify this list as testimony or trial may otherwise require.

1. Michael Beard
2. Timothy Bennett, FBI
3. Kenneth Booker, DEA Lab
4. Junxin Chen, DEA Lab
5. Amy Corrigan, FBI
6. Trevor Curtis, DEA Lab
7. Joseph Daneff, FBI TFO
8. Jon Davis, FBI
9. Ian Ensley, FBI
10. Lana Goodson, SCRFSC
11. Eric Guzman, WPD
12. Adam Hales, Barton County Sheriff's Office
13. Mindy Harris, WPD
14. Cameron Heath, FBI
15. Roosevelt T. Henderson
16. Paul Herman, FBI TFO
17. Craig Horalek, FBI TFO
18. Aaron Kern, WPD
19. Michael Kepley
20. Brandon Kimble, FBI
21. Dana Kreeger, FBI
22. Matt Lynch, FBI TFO

23. Don Maben, WPD

24. Brian Martin, WPD

25. Brianna McCarthy, DEA Lab

26. Caitlin McCauley, DEA Lab

27. Mark McKee, WPD

28. Alex Meriano, FBI

29. Stacy Moore, FBI

30. Garret O'Boyle, FBI

31. Tolulope Omosun, DEA Lab

32. Eddy Pardon, WPD

33. Doug Parks, Barton County Sheriff's Office

34. Lara Phillippe, FBI

35. Michael Powell, FBI

36. Travis Putrah, WPD

37. Kevin Real, WPD

38. Vincent Reel, WPD

39. Harold Riddle, KBI Lab

40. John Rolston, SCSO

41. Ryan Ross, WPD

42. Michael Russel, WPD

43. Jarrod Forgues Schlenker, FBI

44. Shek Weber, WPD

45. Trevor Wells

        Respectfully submitted,

        DUSTON J. SLINKARD
        United States Attorney

        *s/* Katherine J. Andrusak
        KATHERINE J. ANDRUSAK
        Special Assistant United States Attorney
        301 N. Main, Suite 1200
        Wichita, KS 67202
        Tele:  316-269-6481
        Fax:   316-269-6484
        Email: katie.andrusak@usdoj.gov
        Ks S. Ct. No. 25961

        /s/Matt Treaster
        MATT TREASTER, Ks. S.Ct. No. 17473
        Assistant United States Attorney
        1200 Epic Center, 301 N. Main
        Wichita, Kansas 67202
        Tele:  316-269-6481
        Fax:   316-269-6484
        Email: matt.treaster@usdoj.gov
        Ks S. Ct. No. 17473

## NOTICE OF ELECTRONIC FILING

I hereby certify that on February 15, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

        *s/* Katherine J. Andrusak
        KATHERINE J. ANDRUSAK
        Special Assistant United States Attorney

        /s/Matt Treaster
        MATT TREASTER, Ks. S.Ct. No. 17473
        Assistant United States Attorney