# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

UNITED STATES OF AMERICA,

        Plaintiff,

     v.                        CASE NO. 20-10028-EFM

**11. KEVIN LEWIS,**
a/k/a "YT",
a/k/a "Y",

**15. OTIS PONDS,**
a/k/a "Wack",

**19. TRAVIS VONTRESS,**
a/k/a "Bink",
a/k/a "Gumbo",

        Defendants.

## UNITED STATES' AMENDED NOTICE OF EXHIBIT LIST

Pursuant to the Court's direction, the United States submits the attached amended list of exhibits to be presented and admitted at trial. The United States reserves the right to modify this list as testimony or trial may otherwise require.

Respectfully submitted,

DUSTON J. SLINKARD
United States Attorney

s/ Matt Treaster
MATT TREASTER
Assistant U.S. Attorney
301 N. Main, Ste. 1200
Wichita, Kansas 67202
(316) 269-6481
(316) 269-6484 (Fax)
Kan. S. Ct. No. 17473
E-mail: matt.teaster@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on February 22, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

s/ Matt Treaster
MATT TREASTER
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

      **v.**                **CASE NO. 20-10028-EFM**

       **11. KEVIN LEWIS,**
a/k/a "YT",
a/k/a "Y",

       **15. OTIS PONDS,**
a/k/a "Wack",

       **19. TRAVIS VONTRESS,**
a/k/a "Bink",
a/k/a "Gumbo",

         **Defendants.**

## UNITED STATES' AMENDED EXHIBIT LIST

| NO. | DESCRIPTION | OFF | ADM | WITNESS |
|---|---|---|---|---|
| 1 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 2 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 3 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 4 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 5 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 6 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 7 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |

| NO. | DESCRIPTION | OFF | ADM | WITNESS |
|---|---|---|---|---|
| 8 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 9 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 10 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 11 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 12 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 13 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 14 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 15 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 16 | 1B25 Text Message | | | Amy Corrigan/ Cameron Heath |
| 17 | 1B25 Text Message | | | Amy Corrigan/ Cameron Heath |
| 18 | 1B25 Text Message | | | Amy Corrigan/ Cameron Heath |
| 19 | 1B25 Text Message | | | Amy Corrigan/ Cameron Heath |
| 20 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 21 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 22 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 23 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 24 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 25 | Picture of Heroin sent to Lewis | | | Amy Corrigan/ Cameron Heath |
| 26 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 27 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 28 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 29 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 30 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |

| NO. | DESCRIPTION | OFF | ADM | WITNESS |
|---|---|---|---|---|
| 31 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 32 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 33 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 34 | | | | |
| 35 | | | | |
| 36 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 37 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 38 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 39 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 40 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 41 | 1B25 Text Message | | | Amy Corrigan/ Cameron Heath |
| 42 | Wire Text Message | | | Cameron Heath |
| 43 | Wire Text Message | | | Cameron Heath |
| 44 | Wire Text Message | | | Cameron Heath |
| 45 | Wire Text Message | | | Cameron Heath |
| 46 | Wire Text Message | | | Cameron Heath |
| 47 | Wire Text Message | | | Cameron Heath |
| 48 | Wire Text Message | | | Cameron Heath |
| 49 | Wire Text Message | | | Cameron Heath |
| 50 | Wire Text Message | | | Cameron Heath |
| 51 | Wire Text Message | | | Cameron Heath |
| 52 | Wire Text Message | | | Cameron Heath |
| 53 | Phone Call- Session 851 | | | Cameron Heath |
| 54 | Wire Text Message | | | Cameron Heath |
| 55 | Phone Call- Session 949 | | | Cameron Heath |
| 56 | Phone Call- Session 1053 | | | Cameron Heath |
| 57 | Wire Text Message | | | Cameron Heath |
| 58 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |

| NO. | DESCRIPTION | OFF | ADM | WITNESS |
|-----|-------------|-----|-----|---------|
| 59 | Picture of Methamphetamine sent by Lewis | | | Amy Corrigan/ Cameron Heath |
| 60 | Phone Call- 1335 | | | Cameron Heath |
| 61 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 62 | Wire Text Message | | | Cameron Heath |
| 63 | | | | |
| 64 | Wire Text Message | | | Cameron Heath |
| 65 | Wire Text Message | | | Cameron Heath |
| 66 | WhatsApp Message | | | Cameron Heath/ Amy Corrigan |
| 67 | Wire Text Message | | | Cameron Heath |
| 68 | Wire Text Message | | | Cameron Heath |
| 69 | Phone Call- Session 2176 | | | Cameron Heath |
| 70 | Wire Text Message | | | Cameron Heath |
| 71 | Wire Text Message | | | Cameron Heath |
| 72 | Wire Text Message | | | Cameron Heath |
| 73 | Wire Text Message | | | Cameron Heath |
| 74 | Wire Text Message | | | Cameron Heath |
| 75 | Wire Text Message | | | Cameron Heath |
| 76 | Wire Text Message | | | Cameron Heath |
| 77 | Wire Text Message | | | Cameron Heath |
| 78 | Wire Text Message | | | Cameron Heath |
| 79 | | | | |
| 80 | Wire Text Message | | | Cameron Heath |
| 81 | | | | |
| 82 | Wire Text Message | | | Cameron Heath |
| 83 | Wire Text Message | | | Cameron Heath |
| 84 | Wire Text Message | | | Cameron Heath |
| 85 | Wire Text Message | | | Cameron Heath |
| 86 | Wire Text Message | | | Cameron Heath |
| 87 | Wire Text Message | | | Cameron Heath |
| 88 | Wire Text Message | | | Cameron Heath |
| 89 | Wire Text Message | | | Cameron Heath |
| 90 | 1B25 Text Message | | | Cameron Heath |

| NO. | DESCRIPTION | OFF | ADM | WITNESS |
|-----|-------------|-----|-----|---------|
| 91 | | | | |
| 92 | Wire Text Message | | | Cameron Heath |
| 93 | Wire Text Message | | | Cameron Heath |
| 94 | Wire Text Message | | | Cameron Heath |
| 95 | Wire Text Message | | | Cameron Heath |
| 96 | Wire Text Message | | | Cameron Heath |
| 97 | Wire Text Message | | | Cameron Heath |
| 98 | Wire Text Message | | | Cameron Heath |
| 99 | Wire Text Message | | | Cameron Heath |
| 100 | Wire Text Message | | | Cameron Heath |
| 101 | Wire Text Message | | | Cameron Heath |
| 102 | Wire Text Message | | | Cameron Heath |
| 103 | | | | |
| 104 | | | | |
| 105 | Wire Text Message | | | Cameron Heath |
| 106 | Wire Text Message | | | Cameron Heath |
| 107 | Wire Text Message | | | Cameron Heath |
| 108 | Wire Text Message | | | Cameron Heath |
| 109 | Wire Text Message | | | Cameron Heath |
| 110 | Wire Text Message | | | Cameron Heath |
| 111 | | | | |
| 112 | Wire Text Message | | | Cameron Heath |
| 113 | | | | |
| 114 | Wire Text Message | | | Cameron Heath |
| 115 | Wire Text Message | | | Cameron Heath |
| 116 | Wire Text Message | | | Cameron Heath |
| 117 | Wire Text Message | | | Cameron Heath |
| 118 | Wire Text Message | | | Cameron Heath |
| 119 | | | | |
| 120 | Wire Text Message | | | Cameron Heath |
| 121 | Wire Text Message | | | Cameron Heath |
| 122 | | | | |

| NO. | DESCRIPTION | OFF | ADM | WITNESS |
|-----|-------------|-----|-----|---------|
| 123 | Wire Text Message | | | Cameron Heath |
| 124 | Wire Text Message | | | Cameron Heath |
| 125 | Wire Text Message | | | Cameron Heath |
| 126 | Phone Call- Session 8833 | | | Cameron Heath |
| 127 | Phone Call- Session 8843 | | | Cameron Heath |
| 128 | Wire Text Message | | | Cameron Heath |
| 129 | Wire Text Message | | | Cameron Heath |
| 130 | Wire Text Message | | | Cameron Heath |
| 131 | Wire Text Message | | | Cameron Heath |
| 132 | Wire Text Message | | | Cameron Heath |
| 133 | Wire Text Message | | | Cameron Heath |
| 134 | Phone Call- Session 2000 (6628) | | | Cameron Heath |
| 135 | Phone Call- Session 2036 (6628) | | | Cameron Heath |
| 136 | Wire Text Message | | | Cameron Heath |
| 137 | Wire Text Message | | | Cameron Heath |
| 138 | Wire Text Message | | | Cameron Heath |
| 139 | Wire Text Message | | | Cameron Heath |
| 140 | Wire Text Message | | | Cameron Heath |
| 141 | Wire Text Message | | | Cameron Heath |
| 142 | Phone Call-Session 8862 | | | Cameron Heath |
| 143 | Wire Text Message | | | Cameron Heath |
| 144 | Phone Call- Session 8945 | | | Cameron Heath |
| 145 | Phone Call- Session 9004 | | | Cameron Heath |
| 146 | Wire Text Message | | | Cameron Heath |
| 147 | Wire Text Message | | | Cameron Heath |
| 148 | Wire Text Message | | | Cameron Heath |
| 149 | Wire Text Message | | | Cameron Heath |
| 150 | Phone Call- Session 9279 | | | Cameron Heath |
| 151 | Wire Text Message | | | Cameron Heath |
| 152 | Wire Text Message | | | Cameron Heath |
| 153 | Wire Text Message | | | Cameron Heath |
| 154 | Phone Call- Session 9394 | | | Cameron Heath |

| NO. | DESCRIPTION | OFF | ADM | WITNESS |
|-----|-------------|-----|-----|---------|
| 155 | Wire Text Message | | | Cameron Heath |
| 156 | Wire Text Message | | | Cameron Heath |
| 157 | Wire Text Message | | | Cameron Heath |
| 158 | Wire Text Message | | | Cameron Heath |
| 159 | Wire Text Message | | | Cameron Heath |
| 160 | | | | |
| 161 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 162 | Picture of Heroin in Ziplock bag | | | Amy Corrigan/ Cameron Heath |
| 163 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 164 | Picture of Heroin on red lid | | | Amy Corrigan/ Cameron Heath |
| 165 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 166 | Picture of Heroin in sealed bags | | | Amy Corrigan/ Cameron Heath |
| 167 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 168 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 169 | | | | |
| 170 | Phone Call- Session 9835 | | | Cameron Heath |
| 171 | Wire Text Message | | | Cameron Heath |
| 172 | Wire Text Message | | | Cameron Heath |
| 173 | Wire Text Message | | | Cameron Heath |
| 174 | Phone Call- Session 2237 (6628) | | | Cameron Heath |
| 175 | Phone Call- Session 9893 | | | Cameron Heath |
| 176 | Phone Call- Session 2245 (6628) | | | Cameron Heath |
| 178 | Phone Call- Session 2248 (6628) | | | Cameron Heath |
| 179 | WhatsApp Message | | | Cameron Heath/ Amy Corrigan |
| 180 | Wire Text Message | | | Cameron Heath |
| 181 | Wire Text Message | | | Cameron Heath |
| 182 | Wire Text Message | | | Cameron Heath |
| 183 | Wire Text Message | | | Cameron Heath |
| 184 | Wire Text Message | | | Cameron Heath |

| NO. | DESCRIPTION | OFF | ADM | WITNESS |
|-----|-------------|-----|-----|---------|
| 185 | Wire Text Message | | | Cameron Heath |
| 186 | Wire Text Message | | | Cameron Heath |
| 187 | Wire Text Message | | | Cameron Heath |
| 188 | Wire Text Message | | | Cameron Heath |
| 189 | Wire Text Message | | | Cameron Heath |
| 190 | Wire Text Message | | | Cameron Heath |
| 191 | Wire Text Message | | | Cameron Heath |
| 192 | Wire Text Message | | | Cameron Heath |
| 193 | Phone Call- Session 11306 | | | Cameron Heath |
| 194 | Wire Text Message | | | Cameron Heath |
| 195 | Wire Text Message | | | Cameron Heath |
| 196 | Wire Text Message | | | Cameron Heath |
| 197 | Phone Call- Session 11474 | | | Cameron Heath |
| 198 | Phone Call- Session 11479 | | | Cameron Heath |
| 199 | Phone Call- Session 11482 | | | Cameron Heath |
| 200 | Wire Text Message | | | Cameron Heath |
| 201 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 202 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 203 | Wire Text Message | | | Cameron Heath |
| 204 | Wire Text Message | | | Cameron Heath |
| 205 | Wire Text Message | | | Cameron Heath |
| 206 | Wire Text Message | | | Cameron Heath |
| 207 | Wire Text Message | | | Cameron Heath |
| 208 | Phone Call- Session 11906 | | | Cameron Heath |
| 209 | Wire Text Message | | | Cameron Heath |
| | | | | |
| 211 | Wire Text Message | | | Cameron Heath |
| | | | | |
| 213 | Wire Text Message | | | Cameron Heath |
| 214 | Wire Text Message | | | Cameron Heath |
| 215 | Phone Call- Session 12039 | | | Cameron Heath |

| NO. | DESCRIPTION | OFF | ADM | WITNESS |
|---|---|---|---|---|
| 216 | Phone Call- Session 12043 | | | Cameron Heath |
| 217 | Wire Text Message | | | Cameron Heath |
| 218 | | | | |
| 219 | Wire Text Message | | | Cameron Heath |
| 220 | Wire Text Message | | | Cameron Heath |
| | | | | |
| 222 | Wire Text Message | | | Cameron Heath/Ty Henderson |
| 223 | Wire Text Message | | | Cameron Heath/Ty Henderson |
| 224 | Wire Text Message | | | Cameron Heath/Ty Henderson |
| 225 | Wire Text Message | | | Cameron Heath/Ty Henderson |
| 226 | Wire Text Message | | | Cameron Heath/Ty Henderson |
| 227 | Wire Text Message | | | Cameron Heath/Ty Henderson |
| 228 | Wire Text Message | | | Cameron Heath/Ty Henderson |
| 229 | Wire Text Message | | | Cameron Heath/Ty Henderson |
| 230 | Wire Text Message | | | Cameron Heath/Ty Henderson |
| 231 | Wire Text Message | | | Cameron Heath/Ty Henderson |
| 232 | Wire Text Message | | | Cameron Heath/Ty Henderson |
| 233 | Wire Text Message | | | Cameron Heath/Ty Henderson |
| 234 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 235 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 236 | Wire Text Message | | | Cameron Heath/Ty Henderson |
| 237 | Wire Text Message | | | Cameron Heath/Ty Henderson |
| 238 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 239 | Wire Text Message | | | Cameron Heath/Ty Henderson |
| 240 | Wire Text Message | | | Cameron Heath/Ty Henderson |

| NO. | DESCRIPTION | OFF | ADM | WITNESS |
|-----|-------------|-----|-----|---------|
| 241 | Wire Text Message | | | Cameron Heath/Ty Henderson |
| 242 | | | | |
| 243 | Phone Call- Session 20206 | | | Cameron Heath/Ty Henderson |
| 244 | 1B25 Text Message | | | Amy Corrigan/ Cameron Heath/ Ty Henderson |
| 245 | 1B25 Text Message | | | Amy Corrigan/ Cameron Heath/ Ty Henderson |
| 246 | 1B25 Text Message | | | Amy Corrigan/ Cameron Heath/ Ty Henderson |
| 247 | Wire Text Message | | | Cameron Heath |
| 248 | Phone Call- Session 13874 | | | Cameron Heath |
| 249 | Wire Text Message | | | Cameron Heath |
| 250 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 251 | Wire Text Message | | | Cameron Heath |
| 252 | Wire Text Message | | | Cameron Heath |
| 253 | Wire Text Message | | | Cameron Heath |
| 254 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 255 | Wire Text Message | | | Cameron Heath |
| 256 | | | | |
| 257 | | | | |
| 258 | Wire Text Message | | | Cameron Heath |
| 259 | Wire Text Message | | | Cameron Heath |
| 260 | Wire Text Message | | | Cameron Heath |
| 261 | Wire Text Message | | | Cameron Heath |
| 262 | Wire Text Message | | | Cameron Heath |
| 263 | Wire Text Message | | | Cameron Heath |
| 264 | Wire Text Message | | | Cameron Heath |
| 265 | Wire Text Message | | | Cameron Heath |
| 266 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 267 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |

| NO. | DESCRIPTION | OFF | ADM | WITNESS |
|---|---|---|---|---|
| 268 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 269 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 270 | Wire Text Message | | | Cameron Heath |
| 271 | Wire Text Message | | | Cameron Heath |
| 272 | Wire Text Message | | | Cameron Heath |
| 273 | Wire Text Message | | | Cameron Heath |
| 274 | Wire Text Message | | | Cameron Heath |
| 275 | Wire Text Message | | | Cameron Heath |
| 276 | Wire Text Message | | | Cameron Heath |
| 277 | Wire Text Message | | | Cameron Heath |
| 278 | Wire Text Message | | | Cameron Heath |
| 279 | Wire Text Message | | | Cameron Heath |
| 280 | Wire Text Message | | | Cameron Heath |
| 281 | Wire Text Message | | | Cameron Heath |
| 282 | Wire Text Message | | | Cameron Heath |
| 283 | Wire Text Message | | | Cameron Heath |
| 284 | Wire Text Message | | | Cameron Heath |
| 285 | Wire Text Message | | | Cameron Heath |
| 286 | Wire Text Message | | | Cameron Heath |
| 287 | Wire Text Message | | | Cameron Heath |
| 288 | Wire Text Message | | | Cameron Heath |
| 289 | Wire Text Message | | | Cameron Heath |
| 290 | Wire Text Message | | | Cameron Heath |
| 291 | Wire Text Message | | | Cameron Heath |
| 292 | Wire Text Message | | | Cameron Heath |
| 293 | Wire Text Message | | | Cameron Heath |
| 294 | Wire Text Message | | | Cameron Heath |
| 295 | Wire Text Message | | | Cameron Heath |
| 296 | Wire Text Message | | | Cameron Heath |
| 297 | Wire Text Message | | | Cameron Heath |
| 298 | Wire Text Message | | | Cameron Heath |

| NO. | DESCRIPTION | OFF | ADM | WITNESS |
|---|---|---|---|---|
| 299 | Phone Call- Session 17125 | | | Cameron Heath |
| 300 | Wire Text Message | | | Cameron Heath |
| 301 | Wire Text Message | | | Cameron Heath |
| 302 | Wire Text Message | | | Cameron Heath |
| 303 | Phone Call-Session 17191 | | | Cameron Heath |
| 304 | Wire Text Message | | | Cameron Heath |
| 305 | Wire Text Message | | | Cameron Heath |
| 306 | Wire Text Message | | | Cameron Heath |
| 307 | Wire Text Message | | | Cameron Heath |
| 308 | Wire Text Message | | | Cameron Heath |
| 309 | Wire Text Message | | | Cameron Heath |
| 310 | Wire Text Message | | | Cameron Heath |
| 311 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 312 | Wire Text Message | | | Cameron Heath |
| 313 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 314 | Wire Text Message | | | Cameron Heath |
| 315 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 316 | | | | |
| 317 | Wire Text Message | | | Cameron Heath |
| 318 | Wire Text Message | | | Cameron Heath |
| 319 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 320 | | | | |
| 321 | 1B25 Text Message | | | Amy Corrigan/ Cameron Heath |
| 322 | 1B25 Text Message | | | Amy Corrigan/ Cameron Heath |
| 323 | 1B25 Text Message | | | Amy Corrigan/ Cameron Heath |
| 324 | Wire Text Message | | | Cameron Heath |
| 325 | Wire Text Message | | | Cameron Heath |
| 326 | Wire Text Message | | | Cameron Heath |
| 327 | Wire Text Message | | | Cameron Heath |

| NO. | DESCRIPTION | OFF | ADM | WITNESS |
|-----|-------------|-----|-----|---------|
| 328 | Wire Text Message | | | Cameron Heath |
| 329 | Wire Text Message | | | Cameron Heath |
| 330 | Wire Text Message | | | Cameron Heath |
| 331 | Wire Text Message | | | Cameron Heath |
| 332 | | | | |
| 333 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 334 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 335 | Wire Text Message | | | Cameron Heath |
| 336 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 337 | Wire Text Message | | | Cameron Heath |
| 338 | Wire Text Message | | | Cameron Heath |
| 339 | Phone Call- Session 17741 | | | Cameron Heath |
| 340 | Wire Text Message | | | Cameron Heath |
| 341 | Wire Text Message | | | Cameron Heath |
| 342 | Wire Text Message | | | Cameron Heath |
| 343 | Wire Text Message | | | Cameron Heath |
| 344 | Wire Text Message | | | Cameron Heath |
| 345 | Wire Text Message | | | Cameron Heath |
| 346 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 347 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 348 | Wire Text Message | | | Cameron Heath |
| 349 | Wire Text Message | | | Cameron Heath |
| 350 | Wire Text Message | | | Cameron Heath |
| 351 | Wire Text Message | | | Cameron Heath |
| 352 | Wire Text Message | | | Cameron Heath |
| 353 | Wire Text Message | | | Cameron Heath |
| 354 | Phone Call- Session 18012 | | | Cameron Heath |
| 355 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 356 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |

| NO. | DESCRIPTION | OFF | ADM | WITNESS |
|---|---|---|---|---|
| 357 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 358 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 359 | Wire Text Message | | | Cameron Heath |
| 360 | Wire Text Message | | | Cameron Heath |
| 361 | | | | |
| 362 | | | | |
| 363 | Wire Text Message | | | Cameron Heath |
| 364 | | | | |
| 365 | Wire Text Message | | | Cameron Heath |
| 366 | Wire Text Message | | | Cameron Heath |
| 367 | Wire Text Message | | | Cameron Heath |
| 368 | Wire Text Message | | | Cameron Heath |
| 369 | Wire Text Message | | | Cameron Heath |
| 370 | Wire Text Message | | | Cameron Heath |
| 371 | Wire Text Message | | | Cameron Heath |
| 372 | Wire Text Message | | | Cameron Heath |
| 373 | Wire Text Message | | | Cameron Heath |
| 374 | Wire Text Message | | | Cameron Heath |
| 375 | Wire Text Message | | | Cameron Heath |
| 376 | Wire Text Message | | | Cameron Heath |
| 377 | Wire Text Message | | | Cameron Heath |
| 378 | Phone Call- Session 16704 | | | Cameron Heath |
| 379 | Phone Call- Session 17027 | | | Cameron Heath |
| 380 | Wire Text Message | | | Cameron Heath |
| 381 | Phone Call- Session 18073 | | | Cameron Heath |
| 382 | Wire Text Message | | | Cameron Heath |
| 383 | | | | |
| 384 | | | | |
| 385 | | | | |
| 386 | Wire Text Message | | | Cameron Heath |
| 387 | Wire Text Message | | | Cameron Heath |

| NO. | DESCRIPTION | OFF | ADM | WITNESS |
|---|---|---|---|---|
| 388 | Wire Text Message | | | Cameron Heath |
| 389 | Wire Text Message | | | Cameron Heath |
| 390 | Wire Text Message | | | Cameron Heath |
| 391 | Wire Text Message | | | Cameron Heath |
| 392 | Wire Text Message | | | Cameron Heath |
| 393 | Wire Text Message | | | Cameron Heath |
| 394 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 395 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 396 | Picture- Multiple bags of Methamphetamine | | | Amy Corrigan/ Cameron Heath |
| 397 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 398 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 399 | Phone Call- Session 19646 | | | Cameron Heath |
| 400 | Wire Text Message | | | Cameron Heath |
| 401 | Wire Text Message | | | Cameron Heath |
| 402 | Wire Text Message | | | Cameron Heath |
| 403 | Wire Text Message | | | Cameron Heath |
| 404 | Wire Text Message | | | Cameron Heath |
| 405 | Wire Text Message | | | Cameron Heath |
| 406 | Wire Text Message | | | Cameron Heath |
| 407 | Wire Text Message | | | Cameron Heath |
| 408 | Wire Text Message | | | Cameron Heath |
| 409 | Wire Text Message | | | Cameron Heath |
| 410 | Wire Text Message | | | Cameron Heath |
| 411 | Wire Text Message | | | Cameron Heath |
| 412 | Wire Text Message | | | Cameron Heath |
| 413 | Wire Text Message | | | Cameron Heath |
| 414 | Wire Text Message | | | Cameron Heath |
| 415 | Phone Call- Session 20108 | | | Cameron Heath |
| 416 | Phone Call- Session 20109 | | | Cameron Heath |
| 417 | Wire Text Message | | | Cameron Heath |

| NO. | DESCRIPTION | OFF | ADM | WITNESS |
|-----|-------------|-----|-----|---------|
| 418 | Wire Text Message | | | Cameron Heath |
| 419 | Wire Text Message | | | Cameron Heath |
| 420 | Phone Call—Session 20263 | | | Cameron Heath |
| 421 | Wire Text Message | | | Cameron Heath |
| 422 | Wire Text Message | | | Cameron Heath |
| 423 | Wire Text Message | | | Cameron Heath |
| 424 | Wire Text Message | | | Cameron Heath |
| 425 | Wire Text Message | | | Cameron Heath |
| 426 | Wire Text Message | | | Cameron Heath |
| 427 | Wire Text Message | | | Cameron Heath |
| 428 | | | | |
| 429 | | | | |
| 430 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 431 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 432 | 1B25 Text Message | | | Amy Corrigan/ Cameron Heath |
| 433 | 1B25 Text Message | | | Amy Corrigan/ Cameron Heath |
| 434 | 1B25 Text Message | | | Amy Corrigan/ Cameron Heath |
| 435 | 1B25 Text Message | | | Amy Corrigan/ Cameron Heath |
| 436 | Wire Text Message | | | Cameron Heath |
| 437 | Phone Call- Session 22891 | | | Cameron Heath |
| 438 | Phone Call- Session 22892 | | | Cameron Heath |
| 439 | Wire Text Message | | | Cameron Heath |
| 440 | | | | |
| 441 | | | | |
| 442 | Wire Text Message | | | Cameron Heath |
| 443 | Phone Call- Session 23086 | | | Cameron Heath |
| 444 | Wire Text Message | | | Cameron Heath |
| 445 | | | | |
| 446 | Wire Text Message | | | Cameron Heath |
| 447 | Wire Text Message | | | Cameron Heath |

| NO. | DESCRIPTION | OFF | ADM | WITNESS |
|-----|-------------|-----|-----|---------|
| 448 | Wire Text Message | | | Cameron Heath |
| 449 | Phone Call- Session 24196 | | | Cameron Heath |
| 450 | Phone Call- Session 24198 | | | Cameron Heath |
| 451 | | | | |
| 452 | Wire Text Message | | | Cameron Heath |
| 453 | Phone Call- Session 26264 | | | Cameron Heath |
| 454 | | | | |
| 455 | Phone Call- Session 27627 | | | Cameron Heath |
| 456 | Wire Text Message | | | Cameron Heath |
| 457 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 458 | Picture of Heroin in tray | | | Amy Corrigan/ Cameron Heath |
| 459 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 460 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 461 | Picture of Heroin on scale | | | Amy Corrigan/ Cameron Heath |
| 462 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 463 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 464 | Wire Text Message | | | Cameron Heath |
| 465 | Wire Text Message | | | Cameron Heath |
| 466 | Wire Text Message | | | Cameron Heath |
| 467 | Wire Text Message | | | Cameron Heath |
| 468 | Wire Text Message | | | Cameron Heath |
| 469 | Wire Text Message | | | Cameron Heath |
| 470 | Wire Text Message | | | Cameron Heath |
| 471 | Wire Text Message | | | Cameron Heath |
| 472 | Wire Text Message | | | Cameron Heath |
| 473 | Phone Call- Session 28753 | | | Cameron Heath |
| 474 | Wire Text Message | | | Cameron Heath |
| 475 | Wire Text Message | | | Cameron Heath |
| 476 | Wire Text Message | | | Cameron Heath |

| NO. | DESCRIPTION | OFF | ADM | WITNESS |
|---|---|---|---|---|
| 477 | Wire Text Message | | | Cameron Heath |
| 478 | Wire Text Message | | | Cameron Heath |
| 479 | Wire Text Message | | | Cameron Heath |
| 480 | Wire Text Message | | | Cameron Heath |
| 481 | Wire Text Message | | | Cameron Heath |
| 482 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 483 | Phone Call- Session 28936 | | | Cameron Heath |
| 484 | Wire Text Message | | | Cameron Heath |
| 485 | Wire Text Message | | | Cameron Heath |
| 486 | Wire Text Message | | | Cameron Heath |
| 487 | WhatsApp Message | | | Cameron Heath |
| 488 | WhatsApp Message | | | Cameron Heath |
| 489 | Wire Text Message | | | Cameron Heath |
| 490 | Wire Text Message | | | Cameron Heath |
| 491 | Wire Text Message | | | Cameron Heath |
| 492 | Phone Call- Session 29154 | | | Cameron Heath |
| 493 | Wire Text Message | | | Cameron Heath |
| 494 | Wire Text Message | | | Cameron Heath |
| 495 | | | | |
| 496 | | | | |
| 497 | Wire Text Message | | | Cameron Heath |
| 498 | | | | |
| 499 | | | | |
| 500 | Phone Call- Session 29208 | | | Cameron Heath |
| 501 | Wire Text Message | | | Cameron Heath |
| 502 | Wire Text Message | | | Cameron Heath |
| 503 | Wire Text Message | | | Cameron Heath |
| 504 | Wire Text Message | | | Cameron Heath |
| 505 | Wire Text Message | | | Cameron Heath |
| 506 | Wire Text Message | | | Cameron Heath |
| 507 | Wire Text Message | | | Cameron Heath |
| 508 | Wire Text Message | | | Cameron Heath |

| NO. | DESCRIPTION | OFF | ADM | WITNESS |
|---|---|---|---|---|
| 509 | Wire Text Message | | | Cameron Heath |
| 510 | Phone Call- Session 29322 | | | Cameron Heath |
| 511 | Wire Text Message | | | Cameron Heath |
| 512 | Wire Text Message | | | Cameron Heath |
| 513 | Wire Text Message | | | Cameron Heath |
| 514 | Wire Text Message | | | Cameron Heath |
| 515 | Wire Text Message | | | Cameron Heath |
| 516 | Wire Text Message | | | Cameron Heath |
| 517 | Wire Text Message | | | Cameron Heath |
| 518 | | | | |
| 519 | IB25 Text Message | | | Amy Corrigan/ Cameron Heath |
| 520 | | | | |
| 521 | Wire Text Message | | | Cameron Heath |
| 522 | | | | |
| 523 | Wire Text Message | | | Cameron Heath |
| 524 | Wire Text Message | | | Cameron Heath |
| 525 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 526 | Wire Text Message | | | Cameron Heath |
| 527 | Wire Text Message | | | Cameron Heath |
| 528 | Wire Text Message | | | Cameron Heath |
| 529 | | | | |
| 530 | Phone Call- Session 29541 | | | Cameron Heath |
| 531 | Phone Call- Session 29545 | | | Cameron Heath |
| 532 | Phone Call- Session 29547 | | | Cameron Heath |
| 533 | Wire Text Message | | | Cameron Heath |
| 534 | Wire Text Message | | | Cameron Heath |
| 535 | Wire Text Message | | | Cameron Heath |
| 536 | Picture of Multiple Bags of Methamphetamine | | | Amy Corrigan/ Cameron Heath |
| 537 | WhatsApp Message | | | Amy Corrigan/ Cameron Heath |
| 538 | Wire Text Message | | | Cameron Heath |

| NO. | DESCRIPTION | OFF | ADM | WITNESS |
|-----|-------------|-----|-----|---------|
| 539 | Wire Text Message | | | Cameron Heath |
| 540 | Wire Text Message | | | Cameron Heath |
| 541 | Wire Text Message | | | Cameron Heath |
| 542 | Wire Text Message | | | Cameron Heath |
| 543 | Wire Text Message | | | Cameron Heath |
| 544 | Wire Text Message | | | Cameron Heath |
| 545 | Wire Text Message | | | Cameron Heath |
| 546 | Wire Text Message | | | Cameron Heath |
| 547 | Wire Text Message | | | Cameron Heath |
| 548 | Wire Text Message | | | Cameron Heath |
| 549 | Wire Text Message | | | Cameron Heath |
| 550 | Wire Text Message | | | Cameron Heath |
| 551 | Wire Text Message | | | Cameron Heath |
| 552 | Wire Text Message | | | Cameron Heath |
| 553 | Wire Text Message | | | Cameron Heath |
| 554 | Wire Text Message | | | Cameron Heath |
| 555 | | | | |
| 556 | | | | |
| 557 | Phone Call- Session 31768 | | | Cameron Heath |
| 558 | | | | |
| 559 | | | | |
| 560 | Wire Text Message | | | Cameron Heath |
| 561 | Wire Text Message | | | Cameron Heath |
| 562 | Wire Text Message | | | Cameron Heath |
| 563 | Wire Text Message | | | Cameron Heath |
| 564 | Wire Text Message | | | Cameron Heath |
| 565 | Wire Text Message | | | Cameron Heath |
| 566 | Phone Call- Session 37891 | | | Cameron Heath |
| 567 | Phone Call-Session 37900 | | | Cameron Heath |
| 568 | Wire Text Message | | | Cameron Heath |
| 569 | Wire Text Message | | | Cameron Heath |
| 570 | Wire Text Message (redacted) | | | Cameron Heath |
| 571 | Wire Text Message | | | Cameron Heath |

| NO. | DESCRIPTION | OFF | ADM | WITNESS |
|---|---|---|---|---|
| 572 | Wire Text Message | | | Cameron Heath |
| 573 | Wire Text Message | | | Cameron Heath |
| 574 | Wire Text Message | | | Cameron Heath |
| 575 | Wire Text Message | | | Cameron Heath |
| 576 | Wire Text Message | | | Cameron Heath |
| 577 | Phone Call- Session 38224 | | | Cameron Heath |
| 578 | Wire Text Message | | | Cameron Heath |
| 579 | Phone Call- Session 39284 | | | Cameron Heath |
| 580 | Wire Text Message | | | Cameron Heath |
| 581 | Wire Text Message | | | Cameron Heath |
| 582 | Wire Text Message | | | Cameron Heath |
| 583 | Wire Text Message | | | Cameron Heath |
| 584 | Wire Text Message | | | Cameron Heath |
| 585 | Wire Text Message | | | Cameron Heath |
| 586 | Wire Text Message (redacted) | | | Cameron Heath |
| 587 | Wire Text Message (redacted) | | | Cameron Heath |
| 588 | Wire Text Message (redacted) | | | Cameron Heath |
| 589 | Wire Text Message | | | Cameron Heath |
| 590 | Wire Text Message | | | Cameron Heath |
| 591 | Wire Text Message | | | Cameron Heath |
| 592 | Wire Text Message (redacted) | | | Cameron Heath |
| 593 | Wire Text Message | | | Cameron Heath |
| 594 | Wire Text Message (redacted) | | | Amy Corrigan/ Cameron Heath |
| 595 | | | | |
| 596 | | | | |
| 597 | Wire Text Message | | | Cameron Heath |
| 598 | Wire Text Message | | | Cameron Heath |
| 599 | Picture of Kevin Lewis with Hat | | | Amy Corrigan/ Cameron Heath |
| 600 | Picture of Kevin Lewis without Hat | | | Amy Corrigan/ Cameron Heath |
| 601 | Picture of Fireworks on Bed | | | Amy Corrigan/ Cameron Heath |

| NO. | DESCRIPTION | OFF | ADM | WITNESS |
|---|---|---|---|---|
| 602 | Picture of Money on Bed | | | Amy Corrigan/ Cameron Heath |
| 603 | Picture of Kevin Lewis Outside | | | Amy Corrigan/ Cameron Heath |
| 604 | | | | |
| 605 | Pole Camera Video June 26, 2019 | | | Cameron Heath |
| 606 | Goodwin/Lewis Somerset Video 1 | | | Mark McKee |
| 607 | Goodwin/Lewis Somerset Video 2 | | | Mark McKee |
| 608 | Goodwin/Lewis Somerset Video 3 | | | Mark McKee |
| 609 | O. Ponds Identification Spruce Video | | | Mark McKee |
| 610 | O. Ponds Somerset Video | | | Mark McKee |
| 611 | O. Ponds Bag Video | | | Mark McKee |
| 612 | O. Ponds No Bag Video | | | Mark McKee |
| 613 | Kevin Lewis Cellphone 1B25 | | | Ryan Ross/Amy Corrigan |
| 614 | Kevin Lewis Cellphone 1B46 | | | Ryan Ross/ Amy Corrigan |
| 615 | | | | |
| 616 | Trevor Wells Phone | | | Cameron Heath/ Don Maben |
| 617-627 | 11 Bags of Methamphetamine from Yale | | | Don Maben/ Lana Goodson |
| 628 | 1 Bag Heroin from Yale | | | Don Maben/ Lana Goodson |
| 629 | Picture of House on Yale | | | Don Maben |
| 630 | Picture of Shelves Top | | | Don Maben |
| 631 | Picture of Shelves Bottom | | | Don Maben |
| 632 | Picture of Methamphetamine in bag | | | Don Maben |
| 633 | Picture of Heroin | | | Don Maben |
| 634 | Smith and Wesson PBL4406 Gun | | | Paul Herman/ Cameron Heath |
| 635 | Smith and Wesson PBL4406 Magazine | | | Paul Herman/ Cameron Heath |
| 636 | Smith and Wesson HDN5496 Gun | | | Paul Herman/ Cameron Heath |
| 637 | Smith and Wesson HDN5496 Magazine | | | Paul Herman/ Cameron Heath |
| 638 | 1B71- 2 bags of cocaine from Holyoke | | | Paul Herman/Trevor Curtis |

| NO. | DESCRIPTION | OFF | ADM | WITNESS |
|---|---|---|---|---|
| 638-A | 1B71- Original Packaging of Cocaine | | | Paul Herman/Trevor Curtis |
| 639 | 1B70- 3 Bags of Cocaine- From Holyoke | | | Paul Herman/Trevor Curtis |
| 639-A | 1B70- Original Packaging of Cocaine | | | Paul Herman/Trevor Curtis |
| 640 | Holyoke Drone Video | | | John Rolston |
| 641 | Picture of House on Holyoke | | | Paul Herman |
| 642 | Picture of Back Door at Holyoke | | | Paul Herman |
| 643 | Picture of Item 16- Bag of Cocaine | | | Paul Herman |
| 644 | Picture of Item 17- Bag of Cocaine | | | Paul Herman |
| 645 | Firearm under Mattress | | | Paul Herman |
| 646 | Firearm in Drawer- Item 11 | | | Paul Herman |
| 647 | Firearm- Item 11 | | | Paul Herman |
| 648 | Document re: Claiming Gumbo 1 | | | Paul Herman |
| 649 | Document re: Claiming Gumbo 2 | | | Paul Herman |
| 650 | Picture of House on Somerset | | | Cameron Heath |
| 651 | Picture of Pictures of Lewis on bed | | | Vincent Reel/ Michael Russel |
| 652 | Picture of 5 Pieces of Mail | | | Vincent Reel |
| 653-657 | 5 Pieces of Actual Mail- 2 Wells Fargo Letters, 2 NAPS letters, 1 City of Wichita Letter | | | Vincent Reel/ Michael Russel |
| 658 | Wells Fargo Card | | | Vincent Reel |
| 659 | Digital Scale at Somerset | | | Vincent Reel |
| 660 | Currency ($537) Found at Stadium | | | Jamie Rader/ Ryan Ross |
| 661 | Currency ($900) Found at Stadium | | | Ryan Ross |
| 662 | | | | |
| 663 | 1B159 Methamphetamine from Water | | | Brandon Kimble/ Caitlin McCauley |
| 663-A | 1B159 Methamphetamine packaging | | | Brandon Kimble/ Caitlin McCauley |
| 664 | 1B154 Methamphetamine from Water | | | Brandon Kimble/ Brianna McCarthy |
| 665 | 1B164 Methamphetamine from Water | | | Brandon Kimble/ Brianna McCarthy |

| NO. | DESCRIPTION | OFF | ADM | WITNESS |
|---|---|---|---|---|
| 665-A | 1B164 Methamphetamine Packaging | | | Brandon Kimble/ Brianna McCarthy |
| 666 | 1B184 Methamphetamine from Water | | | Timothy Bennett/ Brianna McCarthy |
| 666-A | 1B184 Methamphetamine Packaging- | | | Timothy Bennett/ Brianna McCarthy |
| 667 | 1B186 Methamphetamine from Water | | | Timothy Bennett/ Brianna McCarthy |
| 667-A | 1B186 Methamphetamine Packaging | | | Timothy Bennett/ Brianna McCarthy |
| 668 | 1B190 Methamphetamine from Water | | | Timothy Bennett/ Brianna McCarthy |
| 668-A | 1B190 Methamphetamine Packaging | | | Timothy Bennett/ Brianna McCarthy |
| 669 | 1B191 Methamphetamine from Water | | | Timothy Bennett/ Caitlin McCauley |
| 669-A | 1B191 Methamphetamine Packaging | | | Timothy Bennett/ Caitlin McCauley |
| 670 | 1B176 Methamphetamine from Water | | | Stacy Moore/ Tolulope O. Omosun |
| 670-A | 1B176 Methamphetamine Packaging | | | Stacy Moore/ Tolulope O. Omosun |
| 671 | Picture of House on Water | | | Brandon Kimble |
| 672 | Picture of Crystal Substance on Mirror- Item 8 | | | Brandon Kimble |
| 673 | Picture of bags of Meth Crystals- Item 14 | | | Brandon Kimble |
| 674 | Picture of Small Bag of Meth- Item 18A | | | Brandon Kimble |
| 675 | Picture of Glasses Case- Item 38 | | | Timothy Bennett |
| 676 | Picture of Tube w/ Green Lid and Meth Crystals- Item 39 | | | Timothy Bennett |
| 677 | Picture of Plastic Bag w/ Meth- Item 41 | | | Timothy Bennett |
| 678 | Picture of Multiple Items including Item 42 | | | Timothy Bennett |
| 679 | Picture of two containers with Crystals- Item 30 | | | Stacy Moore |
| 680 | Picture of cash w/ black bag | | | Brandon Kimble |
| 681 | Picture of cash under Mattress | | | Brandon Kimble |
| 682 | Picture of rolled up cash | | | Brandon Kimble |
| 683 | Picture of Trevor Wells Phone- Conversation w/ Ty 1 | | | Jon Davis/Cameron Heath/Trevor Wells/Ty Henderson |

| NO. | DESCRIPTION | OFF | ADM | WITNESS |
|---|---|---|---|---|
| 684 | Picture of Trevor Wells Phone- Conversation w/ Ty 2 | | | Jon Davis/Cameron Heath/Trevor Wells/Ty Henderson |
| 685 | Picture of Trevor Wells Phone- Conversation w/ Ty 3 | | | Jon Davis/Cameron Heath/Trevor Wells/Ty Henderson |
| 686 | Picture of Trevor Wells Phone- Conversation w/ Ty 4 | | | Jon Davis/Cameron Heath/Trevor Wells/Ty Henderson |
| 687 | Picture of Trevor Wells Phone- Conversation w/ Ty 5 | | | Jon Davis/Cameron Heath/Trevor Wells/Ty Henderson |
| 688 | Picture of Trevor Wells Phone- Conversation w/ Ty 6 | | | Jon Davis/Cameron Heath/Trevor Wells/Ty Henderson |
| 689 | Picture of Trevor Wells Phone- Conversation w/ Ty 7 | | | Jon Davis/Cameron Heath/Trevor Wells/Ty Henderson |
| 690 | Picture of Trevor Wells Phone- Conversation w/ Ty 8 | | | Jon Davis/Cameron Heath/Trevor Wells/Ty Henderson |
| 691 | Picture of Trevor Wells Phone- Conversation w/ Ty 9 | | | Jon Davis/Cameron Heath/Trevor Wells/Ty Henderson |
| 692 | 3 Bags of Meth- Barton County Case | | | Doug Parks/ Adam Hales/ Ty Henderson/ Harold Riddle |
| 693 | Picture of Henderson Bag + Contents | | | Doug Parks/ Adam Hales/ Ty Henderson |
| 694-696 | Picture of Henderson 3 Bags of Meth | | | Doug Parks/ Adam Hales/ Ty Henderson |
| 697 | Picture of Henderson Bag | | | Doug Parks/ Adam Hales/ Ty Henderson |
| 698 | Drone Video Clip Enhanced- Slow | | | Danny Wise |
| 699 | Drone Video Clip Enhanced- Slow and Zoomed | | | Danny Wise |